IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

JOSE MOSQUERA,

      **Plaintiff**

v.                                      Civil No. 1:12-cv-01513-CMH-TCB

MCCABE, WEISBERG & CONWAY, LLC.,
And SURETY TRUSTEES, LLC.,

      **Defendant.**

## NOTICE OF APPEARANCE

Leonard A. Bennett, Esq., of Consumer Litigation Associates, P.C., 763 J. Clyde Morris Boulevard, Suite 1-A, Newport News, VA 23601 hereby notes his appearance as counsel in this case on behalf of the Plaintiff.

Please copy him with all matters in this case.

                                                    JOSE MOSQUERA,

                                                    _____/s/_____
                                                    Leonard A. Bennett, Esq.
                                                    VSB #37523
                                                    Attorney for Plaintiff
                                                    CONSUMER LITIGATION
                                                    ASSOCIATES, P.C.
                                                   763 J. Clyde Morris Boulevard, Suite 1-A
                                                   Newport News, Virginia 23601
                                                   (757) 930-3660 - Telephone
                                                   (757) 930-3662 – Facsimile
                                                   E-mail:  lenbennett@clalegal.com