**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| JOSE MOSQUERA, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )    Civil Action No. No.1:12-cv-1513 |
| | ) |
| MCCABE WEISBERG & CONWAY, LLC. *et al.* | ) |
| | ) |
|    Defendants. | ) |

### **DEFENDANT'S MOTION TO DISMISS**

COMES NOW, Defendant McCabe, Weisberg & Conway, LLC., ("McCabe"), by undersigned counsel, who submits this Motion to Dismiss Plaintiff Jose Mosquera's ("Plaintiff") Complaint pursuant to Fed. R. Civ. P. 12(b)(7) or in the alternative, pursuant to Fed. R. Civ. P. 12(b)(6).

Plaintiff has failed to include a necessary party by failing to join the noteholder in this action related to the institution of foreclosure proceedings, additionally, Plaintiff's Complaint fails to state a cause of action against Defendant for violations of the Fair Debt Collection Practices Act (FDCPA). For the reasons set forth in the accompanying Memorandum of Law in Support of Defendants Motion to Dismiss filed herewith, Defendant respectfully request that this honorable court dismiss Plaintiff's Complaint for failure to include an necessary party, or in the alternative, with prejudice as to the failure to state a claim upon which relief may be granted.

Dated: February 8, 2013

Respectfully submitted:
MCCABE, WEISBERG & CONWAY, LLC.

/s/Abby K. Moynihan, Esq.
Abby K. Moynihan (VSB 79686)
McCabe, Weisberg & Conway, LLC
312 Marshall Avenue, Ste. 800
Laurel, MD 20707
Telephone: 301-490-1196
Facsimile: 301-490-1568
amoynihan@mwc-law.com
***Counsel for Defendant McCabe, Weisberg & Conway, LLC***

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 8, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

John Chapman Petersen
Surovell Isaacs Petersen & Levy PLC
4010 University Dr
Suite 200
Fairfax, VA 22030
(703) 277-9774
Fax: (703) 591-9285
Email: jpetersen@smillaw.com
Counsel for Plaintiff

Kristi Cahoon Kelly
Surovell Isaacs Petersen & Levy PLC
4010 University Dr
Suite 200
Fairfax, VA 22030
703-277-9774
Fax: 703-591-9285
Email: kkelly@siplfirm.com
Counsel for Plaintiff

Leonard Anthony Bennett
Consumer Litigation Associates
763 J Clyde Morris Boulevard
Suite 1A
Newport News, VA 23601
757-930-3660
Fax: 757-930-3662
Email: lenbennett@cox.net

                                                /s/Abby K. Moynihan, Esq.
                                                Abby K. Moynihan (VSB 79686)
                                                McCabe, Weisberg & Conway, LLC
                                                312 Marshall Avenue, Ste. 800
                                                Laurel, MD 20707
                                                Telephone: 301-490-1196
                                                Facsimile: 301-490-1568
                                                amoynihan@mwc-law.com
                                                **Counsel for Defendant McCabe, Weisberg & Conway, LLC**