**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| **JOSE MOSQUERA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. No.1:12-cv-1513 |
| ) | |
| **MCCABE WEISBERG & CONWAY,** ) | |
| **LLC.** *et al.* ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF INTENT TO FILE NOTICE OF HEARING

PLEASE TAKE NOTICE THAT, as soon as an agreeable date is reached with opposing counsel, Counsel for Defendant McCabe, Weisberg & Conway, LLC., ("McCabe"), intends to file a Notice if Hearing on the Motion to Dismiss filed contemporaneously herewith.

Dated: February 8, 2013

                      Respectfully submitted:
                      MCCABE, WEISBERG & CONWAY, LLC.

                      /s/Abby K. Moynihan, Esq.
                      Abby K. Moynihan (VSB 79686)
                      McCabe, Weisberg & Conway, LLC
                      312 Marshall Avenue, Ste. 800
                      Laurel, MD 20707
                      Telephone: 301-490-1196
                      Facsimile: 301-490-1568
                      amoynihan@mwc-law.com
                      ***Counsel for Defendant McCabe, Weisberg & Conway, LLC***

**CERTIFICATE OF SERVICE**

   I hereby certify that on February 8, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

John Chapman Petersen
Surovell Isaacs Petersen & Levy PLC
4010 University Dr
Suite 200
Fairfax, VA 22030
(703) 277-9774
Fax: (703) 591-9285
Email: jpetersen@smillaw.com
Counsel for Plaintiff

Kristi Cahoon Kelly
Surovell Isaacs Petersen & Levy PLC
4010 University Dr
Suite 200
Fairfax, VA 22030
703-277-9774
Fax: 703-591-9285
Email: kkelly@siplfirm.com
Counsel for Plaintiff

Leonard Anthony Bennett
Consumer Litigation Associates
763 J Clyde Morris Boulevard
Suite 1A
Newport News, VA 23601
757-930-3660
Fax: 757-930-3662
Email: lenbennett@cox.net

              /s/Abby K. Moynihan, Esq.
              Abby K. Moynihan (VSB 79686)
              McCabe, Weisberg & Conway, LLC
              312 Marshall Avenue, Ste. 800
              Laurel, MD 20707
              Telephone: 301-490-1196
              Facsimile: 301-490-1568
              amoynihan@mwc-law.com
              ***Counsel for Defendant McCabe, Weisberg & Conway, LLC***